FILED IN
COURT OF CRIMINAL APPEALS

June 8, 2015

ABEL ACOSTA, CLERK

PD-0572-14, PD-0573-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/8/2015 12:01:53 PM
Accepted 6/8/2015 1:34:48 PM
ABEL ACOSTA
CLERK

**Nos. PD-0572-14 and PD-0573-14**

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS
AT AUSTIN, TEXAS

───────────────

**PATRICIA DONALDSON,**
**Petitioner**

**v.**

**THE STATE OF TEXAS,**
**Respondent**

───────────────

*On discretionary review of a decision by the Fifth District Court of Appeals*
*in Cause Numbers 05-13-00598-CR and 05-13-00599-CR*

*On appeal from the 282nd Judicial District Court of Dallas County,*
*in Trial Court Cause Numbers F10-00433-S and F10-00435-S*

───────────────

**STATE'S MOTION FOR EXTENTION OF TIME TO FILE**
**THE STATE'S BRIEF**

───────────────

*Counsel of Record:*

SUSAN HAWK
Criminal District Attorney
Dallas County, Texas

ALEXIS E. HERNÁNDEZ
Assistant District Attorney
State Bar No. 24055658
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
Alexis.Hernandez@dallascounty.org

*ATTORNEYS FOR THE STATE OF TEXAS*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through the Criminal District Attorney of Dallas County, and files this Motion to Extend the Time for Filing the State's Brief. The State respectfully requests sixty days, or until August 9, 2015, in which to file its response brief for the present cases. In support of this motion, the State would show the Court the following:

(1)

Appellant Patricia Donaldson waived her right to a jury trial and entered pleas of guilty for the following causes: one count of making a false statement to obtain property or credit (greater than $1,500, but less than $20,000) and one count of tampering with a governmental record.[1] The trial court pronounced the following punishment for each count, respectively: ten years confinement for the making a false statement offense and five years for the tampering with a governmental record offense. The judgments were entered May 1, 2013.

(2)

On April 15, 2014, the Fifth District Court of Appeals in Dallas reversed and remanded the instant causes for a new punishment hearing. On April 21, 2014, the State filed a motion for rehearing. On June 4, 2014, the Court of Appeals

---

[1] The undersigned attorney is aware that the paperwork related to Appellant indeed carries five trial cause numbers and that she also pled guilty in those other cases before the trial court. However, only these two causes are currently on appeal from the Fifth District Court of Appeals.

withdrew its original opinion and issued a new memorandum opinion on the motion for rehearing. Appellant filed a *pro se* petition for discretionary review, which was granted by this Court on February 4, 2015. The State's brief is due on June 10, 2015. No previous extension has been requested by the State for these causes.

(3)

The State respectfully requests an extension of 60 days, or until August 9, 2015, and would show the Court that a reasonable explanation exists for the requested extension. Due to undersigned counsel's current direct appeal docket and time expended as the sole attorney in Dallas County handling misuse of identity expunctions, there is not sufficient time to complete the State's Brief for a timely filing on the present due date.

Since this Court granted the petition for discretionary review in these cases, undersigned counsel's direct appeal docket has included, but has not been limited to, the following: *Richard Balderas v. The State of Texas*, Nos. 05-14-01081—01083 CR, State's response brief filed on May 14, 2015; *Jose Maya v. The State of Texas*, No. 05-14-00486-CR, State's response brief filed April 9, 2015*; Brandon Walton Stewart v. The State of Texas*, 05-15-00185-CR, State's response brief filed March 27, 2015 as an accelerated direct appeal; *Jesus Castillo v. the State of Texas*, No. 05-14-00645-CR, State's response filed March 12, 2015. In addition, prior to

filing the brief in the present cases, the undersigned attorney must also prepare and file an appellate brief in *Robert Earle Buckley v. The State of Texas*, No. 05-14-00296-CR, which is currently past the filing deadline of May 17, 2015 and is ready to be set for submission. Based on the foregoing circumstances, the undersigned attorney requests additional time to properly present its response to the issue before this Court in the instant cases.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing its Brief be extended to August 9, 2015.

Respectfully submitted,

**Susan Hawk**
**Criminal District Attorney**
Dallas County, Texas

**Alexis E. Hernández**
**Assistant District Attorney**
State Bar No. 24055658
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *Fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Extension of Time to File the State's Brief has been served on Lawrence B. Mitchell, P.O. Box 797632, Dallas, Texas 75379, by US mail and through email using the electronic filing service on June 8, 2015.

_____
Alexis E. Hernández
Assistant District Attorney